**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,** | ) | |
| | ) | **Case No. 22-cv-1251** |
| **Plaintiff,** | ) | |
| **and** | ) | **Judge Coleman** |
| **ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., an Illinois corporation and MANSA PRESTWOOD, individually** | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

To: Counsel for Allen Prestwood Concrete Construction
Beverly Alfon
Amundsen Davis, LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
(312) 894-3323
balfon@amundsendavis.com

PLEASE TAKE NOTICE that at ***10:00 a.m. on Wednesday, October 15, 2025*** or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge John Robert Blakey, Room 1203, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present ***Motion to Reinstate and Confess Judgment,*** a copy of which is herewith served upon you.

October 3, 2025

**LABORERS' PENSION FUND ET AL.**

By: /s/ G. Ryan Liska

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

**PROOF OF SERVICE**

The undersigned certifies that on this 3rd day of October, 2025 he served this notice to the above addressee via USPS mail.

/s/ G. Ryan Liska